B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of California

IN RE:  
NexPrise, Inc.  
Debtor(s)

Case No. **11-00742-11**  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| U.S. Bank, N.A As Trustee For 6% Convertible Subordinated Notes Due 2007<br>1420 Fifth Avenue, 7th Floor<br>Seattle, WA 98101 | Diana Jacobs<br>(206) 344-4680 | Subordinated Notes | | 4,800,000.00 |
| Timeline Ventures<br>201 Mainstreet Ste 3200<br>Fort Worth, TX 76102 | Dev Purkayastha | Promissory Note | | 1,167,902.60 |
| Sirius Industries<br>PO Box 2790<br>Missoula, MT 59806 | Regina Drysdale<br>(619) 884-1028 | Loan | | 626,042.79 |
| NetEnrich<br>226 Airport Parkway Suite 550<br>San Jose, CA 95110 | (408) 436-5900 | Operating Expense | | 45,000.00 |
| NETAPP, INC<br>Lease Administration Center<br>PO Box 371992<br>Pittsburgh, PA 15250-7992 | Fax: (866) 939-4705<br>(800) 959-5936 | Equipment Lease | | 25,810.37 |
| Gauthier H. Groult<br>17 Gingerwood<br>Irvine, CA 92603 | Gauthier H. Groult | Promissory Note | | 11,836.35 |
| Blue Shield<br>Blue Shield Of California<br>FILE 55331<br>Los Angeles, CA 90074-5331 | (209) 371-3484 | Operating Expense | | 10,387.00 |
| MOSS-ADAMS LLP<br>9665 GRANITE RIDGE ROAD STE 600<br>SAN DIEGO, CA 92123-2685 | (866) 234-6775 | Operating Expense | | 10,300.00 |
| Latham & Watkins<br>555 West 5th Street, Ste 800<br>Los Angeles, CA 90013 | (213) 485-1234 | Promissory Note | | 9,864.42 |
| AT&T Hosting (SBC)<br>PO Box 9005<br>Carol Stream, IL 60197-9005 | (800) 733-1481 | Operating Expense | | 7,261.75 |
| Brandywine Realty Trust<br>Aka BOI-Carlsbad, LLC<br>P.O. Box 30565<br>Los Angeles, CA 90030-0565 | Fax: (760) 438-0046<br>(760) 438-4242 | Real Property Lease | | 7,080.22 |
| Kaiser<br>Kaiser Foundation Health Plan<br>File Number 5915<br>Los Angeles, CA 90074-5915 | (800) 731-4661 | Operating Expense | | 7,013.00 |
| Caucho Technology, Inc.<br>P.O. Box 9001<br>La Jolla, CA 92038 | (858) 456-0300 | Operating Expense | | 6,900.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| **OPEN TEXT, INC**<br>**AMF O'HARE**<br>**PO BOX 66512**<br>**CHICAGO, IL  60666-0512** | **VALERIE PAULOFF** | Operating<br>Expense | 5,740.64 |
| **Scott N. Wolfe**<br>**12636 High Bluff Dr. Suite 400**<br>**San Diego, CA  92130-2071** | | Promissory<br>Note | 3,945.05 |
| **The Hartford Insurance**<br>**PO Box 2907**<br>**Hartford, CT  06104** | (860) 547-5000 | Operating<br>Expense | 3,942.00 |
| **AT&T Capital Services**<br>**13160 Collections Center Drive**<br>**Chicago, IL  60693** | (800) 733-1481 | Equipment<br>Lease | 3,152.74 |
| **Dell Financial Services**<br>**Payment Processing Center**<br>**PO Box 5292**<br>**Carol Stream, IL  60197-5275** | (800) 283-1290 | Equipment<br>Lease | 2,461.89 |
| **Oak River Insurance-Workers Compensation**<br>**Oak River Insurance Company**<br>**Dept. 6693**<br>**Los Angeles, CA  90084-6693** | (888) 495-8949 | Operating<br>Expense | 2,100.00 |
| **David A. Hahn**<br>**12671 High Bluff Dr. Ste. 200**<br>**San Diego, CA  92130** | | Promissory<br>Note | 1,973.12 |
| **Randall K. Simpson**<br>**12671 High Bluff Dr. Ste 200**<br>**San Diego, CA  92130** | | Promissory<br>Note | 1,973.12 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: January 18, 2011    Signature: /s/ John Lynch

**John Lynch, Chief Executive Officer**
(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only