**United States Bankruptcy Court**
**Southern District of California**

IN RE:  Case No. **11-00742-11**

**NexPrise, Inc.**  Chapter **11**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Percentage | Security Class (or kind of interest) |
|---|---|---|
| **ABBY GOPMAN CUST GREGORY GOPMAN**<br>2010 NE 198TH TER<br>MIAMI, FL  33179-3132 | 0.000148 | Common Stockholder |
| **AHMED ALI ALQAHTANI**<br>PO BOX 114933<br>JEDDAH,    21381 | 0.012066 | Common Stockholder |
| **ALBERT CANTU &**<br>**VAL CANTU JT TEN**<br>1046 E MCCANSE<br>SPRINGFIELD, MO  65803-3613 | 0.000030 | Common Stockholder |
| **ALICE M LEPARD**<br>421 PINE STREET<br>SAUSALITO, CA  94965-2126 | 0.000856 | Common Stockholder |
| **ALSON R TAMASHIRO &**<br>**LINDA TAMASHIRO JT TEN**<br>514 MOLOKAI HEMA<br>KAHULUI, HI  96732-1938 | 0.007169 | Common Stockholder |
| **AMIR AZAR**<br>1331 WOLFE RD APT 50<br>SUNNYVALE, CA  94087-3623 | 0.000384 | Common Stockholder |
| **ANDY V LE & LIEN T NGUYEN JT TEN**<br>2937 SILVERLAND COURT<br>SAN JOSE, CA  95135-2021 | 0.000295 | Common Stockholder |
| **ANGELO TALAGANIS &**<br>**GEORGIA TALAGANIS JT TEN**<br>3955 W ESTES<br>LINCOLNWOOD, IL  60712-1033 | 0.000974 | Common Stockholder |
| **ANTHONY PASQUA**<br>1900 MOUNT HAMILTON DR<br>MODESTO, CA  95358-6748 | 0.001947 | Common Stockholder |
| **ANTHONY TOKOWICZ JR &**<br>**STELLA TOKOWICZ JT TEN**<br>59 BEARMEADOW ST<br>METHUEN, MA  01844-5246 | 0.000561 | Common Stockholder |
| **ANTOINE WAKIM &**<br>**ANNE-MARIE WAKIM JT TEN**<br>PO BOX 483<br>JOUNIEH,    LEBANON | 0.000030 | Common Stockholder |
| **BANQUE CANTONALE VAUDOISE**<br>VALLOMBREUSES 100 1008<br>PRILLY<br>SWITZERLAND, | 0.000384 | Common Stockholder |
| **BENAY LISA TODZO**<br>120 ROGERS AVENUE<br>SAN CARLOS, CA  94070-3627 | 0.001475 | Common Stockholder |
| **BETTY J RANKOV**<br>PO BOX 934<br>BRISBANE, CA  94005-0934 | 0.000030 | Common Stockholder |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Name & Address | Shares % | Type |
|---|---|---|
| BILL R BROWN & DIANE BROWN JT TEN<br>106 PUMP STATION RD<br>ASHDOWN, AR  71822-8463 | 0.003540 | Common Stockholder |
| BILLY LOYD SAWYERS<br>4225 WOODWARD CT<br>GRAND PRAIRIE, TX  75052-3932 | 0.002095 | Common Stockholder |
| BLAKE R BOLICK<br>1540 PEAR STREET<br>ANN ARBOR, MI  48105-1732 | 0.010679 | Common Stockholder |
| BRADFORD W BAER<br>CUST SHOSHAUNA G BAER UTMA MA<br>1042 PINE ST<br>MENLO PARK, CA  94025-3405 | 0.003422 | Common Stockholder |
| BRADFORD W BEAR UCUTMA<br>CUST ELLIOTT B BAER<br>660 RINGWOOD AVENUE<br>MENLO PARK, CA  94025-2236 | 0.003422 | Common Stockholder |
| BRET ADAMS<br>653 HWY 61 N<br>NATCHEZ, MS  39120-8407 | 0.000089 | Common Stockholder |
| C DAVID LILLY JR<br>22 THE UPLANDS<br>BERKELEY, CA  94705-2815 | 0.000590 | Common Stockholder |
| CAN NGUYEN<br>1469 HERITAGE LN<br>ENCINITAS, CA  92024-2381 | 0.501535 | Common Stockholder |
| CAN NGUYEN<br>1469 HERITAGE LN<br>ENCINITAS, CA  92024-2381 | 1.966788 | Common Stockholder |
| CAROL ALICE PRICE<br>268 OTSEGO ST<br>ILION, NY  13357 | 0.000472 | Common Stockholder |
| CATHY ROSEMANN<br>CUST LUCAS ROSEMANN UTMA UT<br>1066 BIRDIE CIR<br>NORTH SALT LAKE, UT  84054-3314 | 0.000177 | Common Stockholder |
| CATHY ROSEMANN<br>CUST BROOKE ROSEMANN UTMA UT<br>1066 BIRDIE CIR<br>NORTH SALT LAKE, UT  84054-3314 | 0.000236 | Common Stockholder |
| CATHY ROSEMANN<br>CUST CAMIE ROSEMANN UTMA UT<br>1066 BIRDIE CIR<br>NORTH SALT LAKE, UT  84054-3314 | 0.000325 | Common Stockholder |
| CATHY ROSEMANN<br>CUST SHAUN ROSEMANN<br>1066 BIRDIE CIR<br>NORTH SALT LAKE, UT  84054-3314 | 0.000443 | Common Stockholder |
| CEDE & CO<br>PO BOX 20<br>BOWLING GREEN STN<br>NEW YORK, NY  10274 | 88.875450 | Common Stockholder |
| CEDE & CO REORG ACCOUNT<br>ATTN:  S KRAUSZ<br>250 ROYALL ST<br>CANTON, MA  02021-1031 | 0.000030 | Common Stockholder |
| CHAD LEGER<br>45 CARLTON ST SUITE 909<br>TORONTO, ON  M5B 2H9 | 0.000384 | Common Stockholder |
| CHARLES BURKE<br>4793 RIVERS EDGE TRAIL<br>MOUNT PLEASANT, MI  48858-8584 | 0.098059 | Common Stockholder |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Name/Address | Shares | Type |
|---|---|---|
| **CHARLES LORD & COLETTE LORD JT TEN**<br>10129 EBENSHIRE COURT<br>OAKTON, VA  22124-2929 | 0.003924 | Common Stockholder |
| **CHRISTOPHER SCHOMAKER**<br>7901 HENRY AVE #A508<br>PHILADELPHIA, PA  19128-5301 | 0.001062 | Common Stockholder |
| **CLIFFORD O ARNEBECK &**<br>**SIBLEY J ARNEBECK JT TEN**<br>1000 E MAIN ST # 102<br>COLUMBUS, OH  43205 | 0.000679 | Common Stockholder |
| **COUNTY AUTO SALES**<br>6805 MANCHESTER AVE<br>SAINT LOUIS, MO  63143-2615 | 0.000767 | Common Stockholder |
| **DANIEL RADZINSKI &**<br>**MAYA MIRIAM RADZINSKI JT TEN**<br>41 CENTRE ST. APT 202<br>BROOKLINE, MA  02446-2853 | 0.003924 | Common Stockholder |
| **DAVID A WEAVER**<br>241 OHIO AVE<br>W SPRINGFIELD, MA  01089 | 0.004897 | Common Stockholder |
| **DAVID KELLOGG & KIM KELLOGG JT TEN**<br>5253 PRESERVE PKWY N<br>GREENWOOD VLG, CO  80121-2151 | 0.000384 | Common Stockholder |
| **DAVID P PERRY**<br>483 FOREST AVENUE #A<br>PALO ALTO, CA  94301-2632 | 0.823886 | Common Stockholder |
| **DEBRA A WILSON**<br>14935 HWY 125 SOUTH<br>BOLIVAR, TN  38008 | 0.000295 | Common Stockholder |
| **DENNIS M WAUL & FRANZISKA WAUL TEN COM**<br>BOX 721<br>815 FERDINAND<br>EL GRANADA, CA  94018-0721 | 0.003924 | Common Stockholder |
| **DONG W LEE**<br>19523 OPAL LN<br>SANTA CLARITA, CA  91350-3245 | 0.001357 | Common Stockholder |
| **DOUGLAS D BLACK & MARY D BLACK JT TEN**<br>2707 STREAM COURT<br>ROCKLIN, CA  95765 | 0.003717 | Common Stockholder |
| **DZUNG QUOC MAI**<br>2744 ENSIGN AVE N<br>NEW HOPE, MN  55427-2462 | 0.000089 | Common Stockholder |
| **EARL D HUECHTEMAN &**<br>**REBECCA HUECHTEMAN JT TEN**<br>7894 W FARM RD 136<br>SPRINGFIELD, MO  65802-5996 | 0.000059 | Common Stockholder |
| **ED DICKINSON**<br>PO BOX 442<br>KEOSAUQUA, IA  52565-0442 | 0.000236 | Common Stockholder |
| **EDWARD A WEISS MD INC MONEY**<br>**PURCHASE PENSION PLAN EDWARD A WEISS**<br>900 WELCH ROAD<br>PALO ALTO, CA  94304 | 0.003422 | Common Stockholder |
| **EDWIN YEE**<br>1081 FOSTER CITY BLVD #C<br>FOSTER CITY, CA  94404-2308 | 0.012597 | Common Stockholder |
| **ELAINE OZAWA USA**<br>2460 SUMMIT DR<br>HILLSBOROUGH, CA  94010-6156 | 0.001947 | Common Stockholder |
| **ELIZABETH M MAY**<br>326 S FRANKLIN ST<br>OCONTO FALLS, WI  54154-1327 | 0.004838 | Common Stockholder |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Name / Address | Shares | Class |
|---|---|---|
| ELLEN BLONDER INC RETIREMENT TRUST<br>ATTN NICHOLAS & ELLEN BLONDER<br>PO BOX 5513<br>MILL VALLEY, CA  94942 | 0.000030 | Common Stockholder |
| ERIC D NYPAVER &<br>KELLY M NYPAVER JT TEN<br>2498 OLYMPIC DR<br>OAK HARBOR, WA  98277-8018 | 0.000118 | Common Stockholder |
| ERIC J LAIRSON<br>17675 NE HILLSIDE DR<br>NEWBERG, OR  97132-6633 | 0.002301 | Common Stockholder |
| ERIK P KISBYE &<br>MICHELLE A KISBYE JT TEN<br>2767 JENNI AVE.<br>SANGER, CA  93657-4216 | 0.000177 | Common Stockholder |
| EXCHANGES CONTROL FOR CLASS T02<br>C/O COMPUTERSHARE SHAREHOLDER SVCS<br>250 ROYALL ST<br>CANTON, MA  02021-1011 | 0.017228 | Common Stockholder |
| EXCHANGES CONTROL FOR CLASS T03<br>C/O COMPUTERSHARE SHAREHOLDER SVCS<br>250 ROYALL ST.<br>CANTON, MA  02021-1011 | 0.100773 | Common Stockholder |
| EZZEDDINE ESSAIBI &<br>BARBARA I ESSAIBI JT TEN<br>983 DORCHESTER AVE<br>DORCHESTER, MA  02125-1316 | 0.006667 | Common Stockholder |
| FRED S NAGLE III<br>130 SUTTER ST STE 650<br>SAN FRANCISCO, CA  94104-4021 | 0.000325 | Common Stockholder |
| GARELD BORGSTADT &<br>SHIRLEY BORGSTADT JT TEN<br>1515 E FARM ROAD 96<br>SPRINGFIELD, MO  65803-5781 | 0.000266 | Common Stockholder |
| GARY A FRENCH<br>PO BOX 464<br>SANDWICH, MA  02563-0464 | 0.001947 | Common Stockholder |
| GEORGE M RAYBURN JR<br>6978 W LONE CACTUS DR<br>GLENDALE, AZ  85308-9507 | 0.000590 | Common Stockholder |
| GEORGE S TAYLOR<br>476 BORDER HILL RD<br>LOS ALTOS, CA  94024-4729 | 0.003422 | Common Stockholder |
| GERALD BESTPITCH<br>8444 EL MODENA AVE<br>ELVERTA, CA  95626-9568 | 0.000207 | Common Stockholder |
| GJERGJI SHUKU<br>21532 HILLSIDE AVE<br>QUEENS VILLAGE, NY  11427-1831 | 0.000472 | Common Stockholder |
| GOH LOKE OON & KHOO KIM WEE JT TEN<br>2 JALAN PAHANG KECIL<br>53200 KUALA LUMPUR<br>MALAYSIA, | 0.000177 | Common Stockholder |
| GRANT S GRAYSON<br>CUST ANDREW T GRAYSON UTMA VA<br>8719 HIGGINBOTHAM PL<br>RICHMOND, VA  23229-7935 | 0.000030 | Common Stockholder |
| GREG HOLMES<br>C/O ROBERTSON STEPHENS<br>555 CALIFORNIA STREET STE 2600<br>SAN FRANCISCO, CA  94104 | 0.000443 | Common Stockholder |
| HAROLD ROSEMANN &<br>CATHY ROSEMANN JT TEN<br>1066 BIRDIE CIR<br>NORTH SALT LAKE, UT  84054-3314 | 0.000590 | Common Stockholder |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Name / Address | Shares | Class |
|---|---|---|
| HASSAN S AIDAROUS<br>PO BOX 1151<br>JEDDAH 21431<br>WESTERN, SAUDI ARABIA, | 0.001180 | Common Stockholder |
| HOWARD N MENDEL &<br>GAYLE F MENDEL JT TEN<br>4631 DANDELION CIRCLE<br>MARIETTA, GA  30067-3661 | 0.000177 | Common Stockholder |
| HSING TI PAO<br>4411 KOEHLER ST. UNIT B<br>HOUSTON, TX  77007-3589 | 0.000177 | Common Stockholder |
| HUNTSMAN CANCER FOUNDATION<br>C/O SEAN DOUGLAS<br>500 HUNTSMAN WAY<br>SALT LAKE CITY, UT  84108-1235 | 0.049148 | Common Stockholder |
| IRIS KWAN<br>FLAT F 15/F<br>HOI TIEN MANSION<br>TAI KOO SHING HOK, | 0.002921 | Common Stockholder |
| IRVIN E MILLER &<br>JANICE L MILLER JT TEN<br>4905 LIMERICK RD<br>SPRINGFIELD, OH  45502-6304 | 0.000177 | Common Stockholder |
| J DWIGHT BROWN &<br>I MICHELLE BROWN JT TEN<br>34 EXCELSO WAY<br>HOT SPRINGS, AR  71909-7762 | 0.003924 | Common Stockholder |
| JACOB AND MALIN LESCHLY & JT TEN<br>445 HALE ST<br>PALO ALTO, CA  94301-2208 | 0.037318 | Common Stockholder |
| JACQUE GAGNON &<br>JANET GAGNON JT TEN<br>2011 N JOHNSTON<br>SPRINGFIELD, MO  65803-1513 | 0.000384 | Common Stockholder |
| JAMES B STACY & RHONDA STACY JT TEN<br>4421 W FREEPORT PL<br>BROKEN ARROW, OK  74012-8612 | 0.000089 | Common Stockholder |
| JAMES R SIMON<br>75 PAR LN<br>IGNACIO, CA  94949-5814 | 0.001947 | Common Stockholder |
| JASON M CARR<br>PO BOX 7132<br>MENLO PARK, CA  94026-7132 | 0.000059 | Common Stockholder |
| JENNIFER KRESCH & STEPHANIE KRESCH<br>ARNOLD J KRESCH IRREVOCABLE TRUST<br>333 MARKET ST #2300<br>SAN FRANCISCO, CA  94105 | 0.003422 | Common Stockholder |
| JEREMY TUCKER & BECKY TUCKER JT TEN<br>1712 S NATIONAL<br>SPRINGFIELD, MO  65804-1124 | 0.000059 | Common Stockholder |
| JERRY C SWALLEY<br>BARBARA R SWALLEY JT TEN<br>23 STAGE RD<br>NEWARK, DE  19711-4001 | 0.000767 | Common Stockholder |
| JERRY H SKILLICORN<br>135 W 300 N<br>BOUNTIFUL, UT  84010-6124 | 0.008939 | Common Stockholder |
| JIN GAN LIN<br>67 DIEWERCRESD DR<br>KANSAS CITY, KS  66101 | 0.003983 | Common Stockholder |
| JOAN T HORAK & ROBERT C HORAK JT TEN<br>2451 SILVERNAIL RD. APT 329<br>PEWAUKEE, WI  53072 | 0.000177 | Common Stockholder |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Name / Address | Shares | Class |
|---|---|---|
| JOAN TRAUNER<br>2365 VALLEJO STREET<br>SAN FRANCISCO, CA  94123-4711 | 0.001682 | Common Stockholder |
| JODY FAST<br>PO BOX 2757<br>SARATOGA, CA  95070-0757 | 0.003422 | Common Stockholder |
| JOHN A SPRAGUE<br>770 PARK AVE<br>NEW YORK, NY  10021-4153 | 0.000177 | Common Stockholder |
| JOHN BORING<br>590 WHISPERING PINES DRIVE<br>SCOTTS VALLEY, CA  95066-4726 | 0.000767 | Common Stockholder |
| JOHN CAREY SIEGLER<br>701 5TH AVE. STE 3100<br>SEATTLE, WA  98104-7038 | 0.000856 | Common Stockholder |
| JOHN DELAN MIXON SR LIVING TRUST<br>UA 12/22/00<br>PO BOX 7147<br>CHESTNUT MTN, GA  30502 | 0.000030 | Common Stockholder |
| JOHN F KILLORAN<br>2926 CARDAMON LN<br>FULLERTON, CA  92835-4307 | 0.003924 | Common Stockholder |
| JOHN H WOLFFER & JOY WOLFFER JT TEN<br>30 CONCORD DR<br>HOLTSVILLE, NY  11742-1009 | 0.000148 | Common Stockholder |
| JOHN HOWSE MD<br>2644 WEBSTER STREET<br>SAN FRANCISCO, CA  94123-4719 | 0.000649 | Common Stockholder |
| JOHN J BOBICH &<br>ANNE M IBARRA BOBICH JT TEN<br>836 STATLER ST<br>SAN PEDRO, CA  90731-1255 | 0.000177 | Common Stockholder |
| JOHN L STABILER JR<br>PO BOX 260006<br>HARTFORD, CT  06126-0006 | 0.000384 | Common Stockholder |
| JOHN LYNCH<br>4675 TORREY CIR. APT E202<br>SAN DIEGO, CA  92130-8902 | 0.250782 | Common Stockholder |
| JOHN RUTTENBERG<br>8 HOLLY ROAD<br>NEWTON, MA  02468-1449 | 0.040592 | Common Stockholder |
| JOHN WILLIAM BATESON & IAN DAUNCAN REES<br>MBE-BUZON JAVEA ALICANTE 362<br>124 6 03730,    SPAIN | 0.001593 | Common Stockholder |
| JON BENIGAS<br>14288 CEDAR SPRINGS DR<br>CHESTER FIELD, MO  63017-5728 | 0.000236 | Common Stockholder |
| JOSE C BORJA & PATRICIA B BORJA JT TEN<br>23 KRISTINA LANE<br>BAZA GARDENS, GU  96915 | 0.000590 | Common Stockholder |
| JOSH BORGSTADT<br>1451 E FARMROAD 96<br>SPRINGFIELD, MO  65803-5700 | 0.000059 | Common Stockholder |
| JULIA A ALLEN<br>6625 N WEST ST<br>VALLEY, NE  68064-2705 | 0.000767 | Common Stockholder |
| JULIUS THOMAS GUTIERREZ<br>1615 BIGELOW AVE NO<br>SEATTLE, WA  98109-2941 | 0.018438 | Common Stockholder |
| JUN HUL HAN<br>9238 MCAFEE DR<br>HOUSTON, TX  77031-1106 | 0.000177 | Common Stockholder |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Name / Address | Shares | Class |
|---|---|---|
| **KAMAL DHARMANI**<br>275 BAY RIDGE DR<br>DALY CITY, CA  94014-1570 | 0.006107 | Common Stockholder |
| **KAREN CAPRARO &**<br>**WILLIAM PAOLOZZI JT TEN**<br>10280 DOYLE RD<br>UTICA, NY  13502-6802 | 0.000089 | Common Stockholder |
| **KEITH TRAN**<br>**CUST DAVIN H TRAN UTMA CA**<br>6631 E BONITA CT<br>ORANGE, CA  92867-6421 | 0.000974 | Common Stockholder |
| **KENDALL B FOX & JACQUELYN A FOX**<br>**COMMUNITY PROPERTY**<br>122 GLEN SIDE CT<br>COPPEROPOLIS, CA  95228-9207 | 0.002449 | Common Stockholder |
| **KEVIN D JONES**<br>1700 LEROY AVENUE #10<br>BERKELEY, CA  94709-1160 | 0.008585 | Common Stockholder |
| **L ELLEN BISHOP**<br>132 ELTON ST. APT 3<br>PROVIDENCE, RI  02906-5400 | 0.000177 | Common Stockholder |
| **LAI CHUN GWON**<br>41 1ST ST 4C<br>BROOKLYN, NY  11231-5035 | 0.000177 | Common Stockholder |
| **LARISA PODSHIVALOVA**<br>250 GEORGE RD APT 25D<br>CLIFFSIDE PARK, NJ  07010-1320 | 0.000177 | Common Stockholder |
| **LARRY KARAS**<br>970 REVERE DR<br>HILLSIDE, NJ  07205-2932 | 0.000030 | Common Stockholder |
| **LARRY S INAMINE & GLADYS K INAMINE**<br>**TR INAMINE JOINT TRUST UA 2/15/92**<br>2134 APIO LANE<br>HONOLULU, HI  96817-1762 | 0.000177 | Common Stockholder |
| **LAWRENCE S ESPOSITO &**<br>**RENA ESPOSITO JT TEN**<br>1859 E 35TH ST<br>BROOKLYN, NY  11234-4431 | 0.000177 | Common Stockholder |
| **LAYMAN V HARRIS**<br>4209 UNION AVE<br>PINE BLUFF, AR  71603-4696 | 0.000974 | Common Stockholder |
| **LESLIE LYLE NEUSTADTER &**<br>**ELAINE A NEUSTADTER JT TEN**<br>1803 WEDGEWOOD DR<br>GREEN BAY, WI  54303-2511 | 0.000118 | Common Stockholder |
| **LINDA KAY PAPADAKIS**<br>430 S JOAQUIN ST<br>COALINGA, CA  93210-2439 | 0.000089 | Common Stockholder |
| **LINDA LE LAM**<br>2841 13TH AVE<br>OAKLAND, CA  94610 | 0.002950 | Common Stockholder |
| **LISA FIGINI**<br>1150 YARWOOD COURT<br>SAN JOSE, CA  95128-4730 | 0.003363 | Common Stockholder |
| **LISA RENEE FIGINI**<br>1150 YARWOOD CT<br>SAN JOSE, CA  95128-4730 | 0.000266 | Common Stockholder |
| **LYNDA LE LAM**<br>1066 MARIA DR<br>PETALUMA, CA | 0.000089 | Common Stockholder |
| **M ALLEN TERRELL**<br>PO BOX 1655<br>PARK CITY, UT  84060-1655 | 0.000797 | Common Stockholder |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Name / Address | Shares | Class |
|---|---|---|
| MARGARET A JOSEPHSON<br>517B NEVADA ST<br>SAUSALITO, CA  94965-1613 | 0.001151 | Common Stockholder |
| MARIO D CORSI<br>843 E FOURTH ST<br>DOVER, OH  44622-1319 | 0.003924 | Common Stockholder |
| MARK J STRAZZULLO<br>74 OTIS ST<br>CAMBRIDGE, MA  02141-1719 | 0.000826 | Common Stockholder |
| MARK R MADSEN &<br>KIMBERLY S WHIPKEY JT TEN<br>PO BOX 1166<br>ROGUE RIVER, OR  97537-1166 | 0.000177 | Common Stockholder |
| MARK SHACKELFORD &<br>DEBBIE SHACKLEFORD JT TEN<br>17418 SUMMER PL<br>WHITEHOUSE, TX  75791-9565 | 0.000295 | Common Stockholder |
| MARK WRIGHT<br>834 KATELLA ST<br>LAGUNA BEACH, CA  92651-3704 | 0.000089 | Common Stockholder |
| MARTIN T CASSIDY<br>8 MCKNIGHT COURT<br>CRANBURY, NJ  08512-3165 | 0.014337 | Common Stockholder |
| MARY A BURRIS<br>148 E AGUA CALIENTE RD<br>SONOMA, CA  95476-3459 | 0.000030 | Common Stockholder |
| MARY MARTIN<br>1898 MONROE AVE<br>SALEM, OH  44460-3402 | 0.000266 | Common Stockholder |
| MICHAEL JAIDAR<br>PO BOX 658<br>CLAREMONT, CA  91711-0658 | 0.000177 | Common Stockholder |
| MICHAEL P HEANEY TR MICHAEL HEANEY<br>REV TRUST UA 2/12/97<br>2812 BRIARWOOD DR E<br>ARLINGTON HEIGHTS, IL  60005-4628 | 0.002006 | Common Stockholder |
| MICHAEL P MARTIN &<br>JUDITH P MARTIN JT TEN<br>6417 LIQUID LAUGHTER LANE<br>COLUMBIA, MD  21044-6044 | 0.000059 | Common Stockholder |
| MICHAEL PIZZA<br>51 GLENWOOD BLVD<br>HUDSON, NY  12534 | 0.001003 | Common Stockholder |
| MICHAEL SUNDWALL<br>533 W 2600 S 125<br>BOUNTIFUL, UT  84010 | 0.000472 | Common Stockholder |
| MICHELLE STEIGERWALD<br>343 JEAN STREET<br>MILL VALLEY, CA  94941 | 0.000472 | Common Stockholder |
| MINOO D PRESS & ZARIN M PRESS JT TEN<br>403 N OAKMONT LANE<br>SCHAUMBURG, IL  60173 | 0.000207 | Common Stockholder |
| MYRON SARANGA<br>175 RIVERSIDE DR. #4H<br>NEW YORK CITY, NY  10024-1616 | 0.003422 | Common Stockholder |
| NEIL STRUMINGHER<br>1050 PIIHOLO RD<br>MAKAWAO, HI  96768-7542 | 0.006874 | Common Stockholder |
| NEXPRISE TREASURY ACCOUNT<br>C/O SPECIAL ISSUE<br>CANTON, MA  02021 | 0.853091 | Common Stockholder |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Name & Address | Shares | Type |
|---|---|---|
| NICHOLAS BLONDER & ELLEN BLONDER<br>EMPLOYEES RETIREMENT TRUST<br>PO BOX 5513<br>MILL VALLEY, CA  94942-5513 | 0.000325 | Common Stockholder |
| OKEY GLEN TUCKER<br>1706 FOREST HILLS DR<br>VIENNA, WV  26105-3314 | 0.000089 | Common Stockholder |
| PAUL COGHLAN<br>686 BICKNELL ROAD<br>LOS GATOS, CA  95030-2145 | 0.003422 | Common Stockholder |
| PAUL D RYAN & LISA M RYAN JT TEN<br>818 ESETES PARK DR<br>SAINT PETERS, MO  63376-2097 | 0.000295 | Common Stockholder |
| PAUL P HEINRICH<br>15051 STILLFIELD PL<br>CENTREVILLE, VA  20120-1145 | 0.000974 | Common Stockholder |
| PETER NYBERG<br>2727 UNIVERSITY DR<br>DURHAM, NC  27707-2863 | 0.021742 | Common Stockholder |
| PHYLLIS MACLENNAN<br>1600 FRANKE DR. APT 305<br>MT PLEASANT, SC  29464-3984 | 0.000384 | Common Stockholder |
| PIERRE SAMEC<br>151 SYCAMORE AVE<br>SAN MATEO, CA  94402-1033 | 0.002714 | Common Stockholder |
| RACHEL N RUSSELL<br>57 LAKE VILLAGE DR<br>DURHAM, NC  27713-8942 | 0.000708 | Common Stockholder |
| RAJ TOLANI<br>17150 LOS MORROS<br>PO BOX 279<br>RANCHO SANTA FE, CA  92067-0279 | 1.003130 | Common Stockholder |
| RAJ TOLANI<br>17150 LOS MORROS<br>PO BOX 279<br>RANCHO SANTA FE, CA  94555 | 1.966788 | Common Stockholder |
| RANDOLPH A VILLASENOR &<br>ERMELINDA VILLASENOR JT TEN<br>23508 S KINARD AVE<br>CARSON, CA  90745-5729 | 0.000207 | Common Stockholder |
| RANJAN N SHAH &<br>NATWER M SHAH JT TEN<br>532 TYRELLA AVE 27<br>MOUNTAIN VIEW, CA  94043-2151 | 0.000177 | Common Stockholder |
| REN PING LIN<br>103 CHAPEL PARK SQ<br>SCARBOROUGH ON  M1V 2S3<br>CANADA, | 0.001947 | Common Stockholder |
| RENEE WONG<br>45 CARLTON ST SUITE 909<br>TORONTO, ON  M5B 2H9 | 0.000177 | Common Stockholder |
| REX VESEY & HEATHER VESEY JT TEN<br>7126 E PARADISE DR<br>SCOTTSDALE, AZ  85254-5156 | 0.000059 | Common Stockholder |
| RICARDO MORENO & ANDRES SALIDO JT TEN<br>C/O SALIDO Y RETORNO<br>NAVOJOA SON 85870<br>AIR MAIL, MEXICO, | 0.002390 | Common Stockholder |
| RICARDO YEPIZ OROZ<br>7004 E HACIENDA REPOSO<br>TUCSON, AZ  85715-4919 | 0.000177 | Common Stockholder |
| RICHARD CHAUVEUR &<br>CLAIRE COCHELIN JT TEN<br>209 RUE PARC #1<br>SHERBROOKE QC J1E 2J8,    CANADA | 0.000030 | Common Stockholder |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Name / Address | Shares | Class |
|---|---|---|
| RICHARD F MC DONALD<br>49 TROFELLO LN<br>ALISO VIEJO, CA  92656-6215 | 0.002950 | Common Stockholder |
| RICHARD L WILHOITE &<br>JANET L WILHOITE JT TEN<br>2575 LAKERIDGE DR<br>FERNDALE, WA  98248-8718 | 0.000059 | Common Stockholder |
| RICHARD RENNE<br>608 FOX COURT<br>REDWOOD CITY, CA  94061-3959 | 0.000059 | Common Stockholder |
| RICHARD W ALLEN &<br>JULIA A ALLEN JT TEN<br>6625 N WEST ST<br>VALLEY, CA  68064-2705 | 0.000384 | Common Stockholder |
| ROBBIE G PEPPERS &<br>ELOISE L PEPPERS JT TEN<br>4215 MONTAGUE LN<br>NORTH POINT, FL  34287-3225 | 0.000295 | Common Stockholder |
| ROBERT CRAIG CALDWELL<br>2247 ALLEN CREEK RD<br>WEST PALM BEACH, FL  33411-5777 | 0.000384 | Common Stockholder |
| ROBERT FANINI USA<br>7036 COLTON BLVD<br>OAKLAND, CA  94611-1308 | 0.001947 | Common Stockholder |
| ROBERT M SCHILLING &<br>SHANNON P SCHILLING JT TEN<br>625 WILLEO RD<br>ROSWELL, GA  30075-4337 | 0.040445 | Common Stockholder |
| ROBERT P LIBURDY &<br>NORA L BURGESS JT TEN<br>1820 MOUNTAIN VIEW DR<br>TIBURON, CA  94920 | 0.000089 | Common Stockholder |
| ROBERT PIEPHO<br>1510 S CAMINO REAL 214<br>PALM SPRINGS, CA  92264-8885 | 0.000295 | Common Stockholder |
| ROBERT WILSON<br>3107 W OWASSO BLVD<br>ROSEVILLE, MN  55113-2167 | 0.000089 | Common Stockholder |
| ROBERT WILSON MD<br>3107 W OWASSO BLVD<br>ROSEVILLE, MN  55113-2167 | 0.000089 | Common Stockholder |
| ROD NEIGHBORS<br>421 LENWOOD DR<br>COSTA MESA, CA  92627-3214 | 0.000384 | Common Stockholder |
| RUI REIS FIGUEIREDO<br>11 PICARDY LANE<br>LAUREL HOLLOW<br>SYOSSET, NY  11791 | 0.002655 | Common Stockholder |
| SANDRA DIANE LEVAR &<br>JOSEPH EVERETT LEVAR JT TEN<br>2121 NE 195TH PL<br>LK FOREST PK, WA  98155-2423 | 0.000177 | Common Stockholder |
| SCOTT M SALMINEN &<br>CHRISTINA L SALMINEN JT TEN<br>405 APPLETREE CT<br>PAINESVILLE, OH  44077-5297 | 0.000177 | Common Stockholder |
| SHELL RIDGE VENTURES<br>FRANK AMATO<br>3937 RONDA ROAD<br>PEBBLE BEACH, CA  93953-3220 | 0.002006 | Common Stockholder |
| SID WILKINS<br>345 MANZANITA AVENUE<br>PALO ALTO, CA  94306-1023 | 0.001475 | Common Stockholder |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Name/Address | Shares | Type |
|---|---|---|
| STANEB UNCLAIMED PROPERTY DIVISION<br>809 P ST<br>LINCOLN, NE  68508 | 0.000089 | Common Stockholder |
| STEPHEN L SCHORCK<br>5675 RANCH RD 2241<br>LLANO, TX  78643 | 0.000177 | Common Stockholder |
| STEVEN DRAPER USA<br>343 THE LANE<br>HINSDALE, IL  60521 | 0.005871 | Common Stockholder |
| STONERIDGE DEVELOPMENT CORP<br>C/O CHERYL WALTER<br>THE VILLAGE AT WEXFORD J7F<br>HILTON HEAD, SC  29928 | 0.000590 | Common Stockholder |
| SUNIL SEAN WANI<br>33736 WELK TERRACE<br>FREMONT, CA  94555-1473 | 0.250782 | Common Stockholder |
| TAI SAI CHOO<br>80 JALAN DAUD 06-02<br>WINDY HEIGHTS 419591<br>SINGAPORE, | 0.000767 | Common Stockholder |
| TAYLOR R HUTCHINGS<br>PO BOX 2091<br>OWASSO, OK  74055-8891 | 0.002154 | Common Stockholder |
| TED DRYSDALE<br>PO BOX 463<br>RANCHO SANTA FE, CA  92067-0463 | 2.758548 | Common Stockholder |
| THE SHAAR FUND LTD<br>KAYA FLAMBOYAN 9<br>CURACAO ANTILLES<br>NETHERLANDS, | 0.009824 | Common Stockholder |
| TIMOTHY F WALSH & LISA M WALSH JT TEN<br>209 LEON ST<br>JOHNSTOWN, PA  15905-2639 | 0.001033 | Common Stockholder |
| TIMOTHY S BRENNAN<br>462 FOX HOLLOW DR<br>COPLEY, OH  44321-1278 | 0.000148 | Common Stockholder |
| TINO OBERLAENDER LEIBNIZ<br>7D-12625 WALDESRUH<br>GERMANY, | 0.000384 | Common Stockholder |
| TODD KATTER<br>1216 S MEADOWVIEW<br>SPRINGFIELD, MO  65804-0555 | 0.000236 | Common Stockholder |
| TOM FALLIN SR<br>PO BOX 370<br>MAGNOLIA, AR  71754-0370 | 0.003924 | Common Stockholder |
| TOMMY J GATLIN<br>801 STOREY<br>MIDLAND, TX  79701-6103 | 0.000384 | Common Stockholder |
| TOP OF THE ROCK SECURITIES CO<br>LIMITED PARTNERSHIP LLC<br>13958 BEAR CREEK DRIVE<br>HARRISON, AR  72601-7604 | 0.001800 | Common Stockholder |
| TRAVIS MOTT & LAURA MOTT JT TEN<br>2675 IDLEWOOD RD<br>CLEVELAND HTS, OH  44118-4249 | 0.000118 | Common Stockholder |
| TUYET SCOTT<br>931 S EMERALD ST<br>ANAHEIM, CA  92804-4423 | 0.001357 | Common Stockholder |
| VANETTE M JONES<br>2275 E 6720 S<br>SALT LAKE CITY, UT  84121-3221 | 0.001475 | Common Stockholder |
| VEERA R KONDA<br>5325 64TH AVE NW<br>GIG HARBOR, WA  98335 | 0.000177 | Common Stockholder |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Name/Address | Shares | Type |
|---|---|---|
| **VICTOR GARCIA**<br>100 E 7060 S<br>MIDVALE, UT  84047-1547 | 0.000295 | Common Stockholder |
| **VINCENT T KELLER**<br>6001 WALDEN DRIVE, SUITE 2<br>KNOXVILLE, TN  37919-6338 | 0.012302 | Common Stockholder |
| **VIRGINIA M SMITH**<br>5790 WICHERSHIRE LANE<br>SAINT LOUIS, MO  63129-7236 | 0.000708 | Common Stockholder |
| **W SID DICKSON & MARTHA ANN DICKSON J TEN**<br>1348 LAFAYETTE 31<br>STAMPS, AR  71860 | 0.000767 | Common Stockholder |
| **WALDER'S RUN LTD**<br>PO BOX 10906 APO, GRAND CAYMAN<br>BRITISH WEST INDIES, | 0.009824 | Common Stockholder |
| **WAYNE E HALL & PATRICIA A HALL JT TEN**<br>1706 WOLFRUN LN<br>PANAMA CITY, FL  32405-8804 | 0.000089 | Common Stockholder |
| **WEI NAN HE**<br>1151 GALE ST<br>ESCONDIDO, CA  92027-1232 | 0.000059 | Common Stockholder |
| **WELLS FARGO BANK NA TR DAVID PERRY IRREV**<br>TRUST #1 UA 12/9/99<br>3800 HOWARD HUGHES PKWY #24<br>LAS VEGAS, NV  89109-0925 | 0.011800 | Common Stockholder |
| **WILLIAM B SHULMAN**<br>1130 FILBERT ST 1<br>SAN FRANCISCO, CA  94109-1795 | 0.000059 | Common Stockholder |
| **WILLIAM ELLIOTT CHLOPAN &**<br>AVIS SYLVIA CHLOPAN JT TEN<br>640 S HURON<br>CHEBOYGAN, MI  49721 | 0.000974 | Common Stockholder |
| **WILLIAM RICHARD PHILLIPS**<br>CUST C/FOR BRADLEY JORDAN PHILLIPS<br>69 BEAVERFORK RD<br>CONWAY, AR  72032-9517 | 0.000354 | Common Stockholder |
| **WOLFGANG MASKE &**<br>WALTRAUD C MASKE JT TEN<br>876 N MAYFAIR AVE<br>DALY CITY, CA  94015-3053 | 0.000590 | Common Stockholder |
| **YARON SWERDLOW**<br>MODIN 27TH ST<br>46672 HERZELIA PITUAH<br>ISRAEL, | 0.003894 | Common Stockholder |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: January 18, 2011    Signature: /s/ John Lynch

John Lynch, Chief Executive Officer
(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only