1    Kurt Ramlo (Bar No. CA 166856)
     kurt.ramlo@dlapiper.com
2    Bertrand Pan (Bar No. CA 233472)
     bertrand.pan@dlapiper.com
3    Meredith Edelman (Bar No. CA 261602)
     meredith.edelman@dlapiper.com
4    **DLA PIPER LLP (US)**
     550 South Hope Street, Suite 2300
5    Los Angeles, CA 90071-2678
     Tel: 213.330.7700
6    Fax: 213.330.7701

7    Proposed Attorneys for NexPrise, Inc., Debtor and
     Debtor in Possession

8

9              UNITED STATES BANKRUPTCY COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| In re: | CASE NO. 11-00742-11 |
| NEXPRISE, INC., a Delaware corporation, | Chapter 11 |
| Debtor and Debtor in Possession. | **Notice of First Day Motions Filed By Debtor** |
| | Date:      TBD |
| Tax ID # 77-0465496 | Time:      TBD |
| | Ctrm:     Department 2, Room 118 |
| |            325 W. F Street |
| |            San Diego, CA 92101 |
| | Judge:    Hon. Louise D. Adler |

**TO THE HONORABLE LOUISE D. ADLER, UNITED STATES BANKRUPTCY JUDGE, SECURED CREDITORS, THE TWENTY LARGEST UNSECURED CREDITORS, AND THE UNITED STATES TRUSTEE:**

      **PLEASE TAKE NOTICE** that NexPrise, Inc., a Delaware Corporation, debtor and debtor in possession in this case (the "Debtor") intends to and hereby does move the Court for an order granting each and every one of the following First Day Motions, true and correct copies of each of which, along with any supporting declarations, have been duly filed and served concurrently with this Notice:

          a.        First Day Motion By Debtor For Order: (A) Authorizing Continued Used

1    of Debtor's Cash Management System; (B) Authorizing Maintenance of Debtor's Existing

2    Bank Accounts and Continued Use of its Business Forms; (C) Waiving Compliance with

3    11 U.S.C. § 345(b); and (D) For Other Relief;

4         b.    First Day Motion By Debtor For Order (A) Prohibiting Utility Providers

5    From Altering, Refusing Or Discontinuing Service, (B) Deeming Utility Companies

6    Adequately Assured of Future Performance, and (C) Establishing Procedures For

7    Determining Adequate Assurance of Payment;

8         c.    First Day Motion By Debtor For Order (A) Authorizing, But Not

9    Requiring, Payment of Pre-Petition (1) Wages, Salaries And Other Compensation, (2)

10   Employee Benefits, (3) Reimbursable Expenses, and (4) Related Taxes; and (B)

11   Authorizing and Directing Financial Institutions To Receive, Process, Honor, And Pay

12   All Checks Presented For Payment; and

13        d.    First Day Motion By Debtor For Order Limiting Scope of Notice.

14

15   **PLEASE TAKE FURTHER NOTICE THAT THE ABOVE LISTED FIRST DAY**

16   **MOTIONS HAVE BEEN FILED IN ACCORDANCE WITH APPENDIX D1 OF THE**

17   **LOCAL BANKRUPTCY RULES FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

18   **("LOCAL BANKRUPTCY RULES").  AS REQUIRED BY APPENDIX D1 OF THE**

19   **LOCAL BANKRUPTCY RULES ("GUIDELINES FOR FIRST DAY MOTIONS"), ANY**

20   **PARTY IN INTEREST WHO OPPOSES ANY OF THESE FIRST DAY MOTIONS**

21   **SHALL IMMEDIATELY NOTIFY THE JUDGE'S LAW CLERK OF ITS POSITION BY**

22   **TELEPHONE AT (619) 557-5623.  NO WRITTEN OPPOSITION SHALL BE FILED TO**

23   **ANY OF THESE FIRST DAY MOTIONS UNLESS THE COURT OTHERWISE**

24   **DIRECTS.  PLEASE NOTE THAT THE FAILURE TO NOTIFY THE COURT OF**

25   **OPPOSITION TO ANY OF THESE FIRST DAY MOTIONS MAY BE DEEMED TO BE**

26   **CONSENT TO THE RELIEF REQUESTED, AND THE RELIEF MAY BE GRANTED**

27   **WITHOUT FURTHER NOTICE OR A HEARING.**

28

DLA PIPER LLP (US)
LOS ANGELES

WEST\222872265.2

-2-

1    Dated:  January 18, 2011                DLA PIPER LLP (US)

2

3                                            By  _/s/ Kurt Ramlo___
                                                Kurt Ramlo
4                                               Proposed Attorneys for NexPrise, Inc.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA Piper LLP (US)
Los Angeles         WEST\222872265.2

                                    -3-
                                                            Case No. 11-00742-11
                                                    **NOTICE OF FIRST DAY MOTIONS**