CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.

Michael D. Breslauer, Esq. SBN 110259
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755
Attorneys for The Official Creditors' Committee

Order Entered on
December 27, 2012
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re.

NP LIQUIDATING INC., a Delaware Corporation fka NEXPRISE CORPORATION fka CHEMDEX CORPORATION fka VENTRO CORPORATION,

Debtors.

BANKRUPTCY NO. 11-00742-A11

Date of Hearing: n/a
Time of Hearing: n/a
Name of Judge: Louise DeCarl Adler

## ORDER DISMISSING CHAPTER 11 CASE

**IT IS ORDERED THAT** the relief sought as set forth on the continuation pages attached and numbered two (2) through 2 with exhibits, if any, for a total of 2 pages, is granted. Motion/Application Docket Entry No. 177

//
//
//
//
//
//

DATED:   December 27, 2012

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

*/s/ Louise DeCarl Adler*
Judge, United States Bankruptcy Court

Submitted by:

Solomon Ward Seidenwurm & Smith, LLP
(Firm name)

By: /s/ Michael D. Breslauer
   Attorney for ☒ Movant ☐ Respondent
   The Official Creditors' Committee

P:00754064:60460.002 CSD 1001A

American LegalNet, Inc.
www.USCourtForms.com

CSD 1001A [11/15/04] **(Page 2)**
ORDER DISMISSING CHAPTER 11 CASE
DEBTOR: NP LIQUIDATING INC.                              CASE NO: 11-00742-A11

Upon the foregoing Ex Parte Motion for Order Dismissing Chapter 11 Case (the "Ex Parte Motion"); and good cause otherwise appearing;

IT IS HEREBY ORDERED:

1. The Ex Parte Motion is GRANTED.

2. The above captioned chapter 11 case is hereby DISMISSED

IT IS SO ORDERED.

**APPROVED AS TO FORM:**

**OFFICE OF THE UNITED STATES TRUSTEE**

By: **/s/ David A. Ortiz**
   **David A. Ortiz, Esq.**

P:00754064:60460.002CSD 1001A

American LegalNet, Inc.
www.USCourtForms.com

Signed by Judge Louise DeCarl Adler December 27, 2012

# PROOF OF SERVICE

I, Wendy A. Yones, declare as follows:

I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101, in said County and State. On **December 28, 2012**, I served the following document(s):

**ENTERED ORDER DISMISSING CHAPTER 11 CASE DATED DECEMBER 27, 2012**

on each of the interested parties stated on the attached service list.

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **December 28, 2012**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

**United States Trustee - ustp.region15@usdoj.gov; david.a.ortiz@usdoj.gov; shannon.m.vencill@usdoj.gov; tiffany.l.carroll@usdoj.gov**
**Kurt Ramlo, Esq. - kurt.ramlo@dlapiper.com**
**Bertrand Pan, Esq. - Bertrand.Pan@dlapiper.com**
**Meredith Edelman, Esq. - meredith.edelman@dlapiper.com**
**Edward G. Fates, Esq. - tfates@allenmatkins.com; bcrfilings@allenmatkins.com**
**David L. Osias, Esq. - dosias@allenmatkins.com;  bcrfilings@allenmatkins.com**
**David W. Meadows, Esq. - david@davidwmeadowslaw.com**
**Robert Pilmer, Esq. - alex.pilmer@kirkland.com; CounselSBX-ProjectToll@kirkland.com**
**Recovery Management Systems Corporation - claims@recoverycorp.com**

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL:** On **December 28, 2012**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.

☒    Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR E-MAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 28, 2012**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or e-mail as follows.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   December 28, 2012          By: /s/ Wendy A. Yones
                                        WENDY A. YONES

P:00757163:60460.002                      -1-

**SERVICE LIST**

**VIA U.S. MAIL**
Kesha Tanabe, Esq.
Clark T. Whitmore, Esq.
Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
kesha.tanabe@maslon.com
clark.whitmore@maslon.com
*Attorneys for US Bank National*

**VIA U.S. MAIL**
Victor A. Vilaplana, Esq.
Foley & Lardner
402 West Broadway, Suite 2100
San Diego, CA 92101
vvilaplana@foley.com
*Attorneys for Sirus Industries, LLC*

**VIA U.S. MAIL**
Diana Jacobs
US Bank National Association
90 South 771.1 Street, #3300
Minneapolis, MN 55402
diana.jacobs@usbank.com

**VIA U.S. MAIL**
Regina Drysdale
Sirus Industries, LLC
Po Box 3363
Coeur D'alene, ID 83816
drysdale816@gmail.com

**VIA U.S. MAIL**
Brian S. Lennon, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
brian.lennon@kirkland.com

**VIA U.S. MAIL**
Iron Mountain Information Mgmt Inc.
c/o Frank F. McGinn, Esq.
Bartlett Hackett Feinberg PC
155 Federal Street, 9th Floor
Boston, MA 02110

**VIA U.S. MAIL**
Dev Purkayastha
Timeline Venture Investors
501 W Broadway, 15th Floor
San Diego, CA 92010

P:00757163:60460.002

-2-